COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
LESTER NHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LESTER NHAN,<br><br>    Defendant.<br>_____ | NO. CR 06-00487<br><br>STIPULATION AND ORDER PERMITTING TRAVEL TO LAS VEGAS |

     Defendant LESTER NHAN, by and through his attorney, Colin L. Cooper, and the United States, by and through Assistant United States Attorney George Bevan, hereby stipulate and agree that LESTER NHAN may travel to Las Vegas, Nevada December 23, 2006, and return to San Francisco, California by December 26, 2006. Mr. NHAN also requests that he be excused from drug testing between those dates. United States Pretrial Officer Michelle Nero has informed defense counsel that she has no objection to Mr. NHAN's travel plans.

DATED: November 21, 2006        /s/COLIN L. COOPER
                               Attorney for Defendant ZORRO SHAW

DATED: November 21, 2006        /s/GEORGE BEVAN
                               Assistant United States Attorney

1    IT IS HEREBY ORDERED that LESTER NHAN is granted permission to travel to Las

2 Vegas, California December 23, 2006 and return to San Francisco, California from Las Vegas,

3 Nevada, December 26, 2006.  In addition, Mr. NHAN is excused from drug testing between

4 December 23, 2006, and December 26, 2006.

5    IT IS SO ORDERED.

6

7 DATED:  11/27/06

8                                              NANDOR J. VADAS
                                              Magistrate Judge
9                                              United States District Court