1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California 94710
4  Telephone: (510) 558-8400
   Fax: (510) 558-8401
5
   Attorneys for Defendant
6  LESTER NHAN

7                  UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9                         OAKLAND VENUE
10

11 UNITED STATES OF AMERICA,        )   NO. CR 06-00487
                                    )
12     Plaintiff,                   )   STIPULATED AND
                                    )   ORDER FOR EARLY
13 vs.                              )   TERMINATION OF SUPERVISED
                                    )   RELEASE
14 LESTER NHAN,                     )
                                    )
15     Defendant.                   )
   _____)
16

17

18     Defendant LESTER NHAN, by and through his attorney, Dustin Gordon, and the United
19 States, by and through Assistant United States Attorney Wade Rhyne, hereby stipulate and agree
20 that LESTER NHAN's supervised release may be terminated early.  This motion is made pursuant
21 to 18 U.S.C. § 3583(e)(1).
22     1.     On July 13, 2006, Mr. Nhan was indicted and charged with 21 U.S.C. § 846
23 (conspiracy to distribute marijuana), and 21 U.S.C. § 856, 18 U.S.C. § 2 (use of a premises for the
24 manufacture of marijuana, and aiding and abetting the same).
25     2.     On September 19, 2008, Mr. Nhan entered a plea of guilty to count 2 of the
26 indictment, which charged him with the use of a premises for the manufacture of marijuana, and
27 aiding and abetting the same in violation of 21 U.S.C. § 856 and 18 U.S.C. § 2.
28

3. On January 16, 2009, Mr. Nhan was sentenced to two years in custody and three years of supervised release.

4. Mr. Nhan was released from Bureau of Prisons custody on August 2, 2010, and he began serving his period of supervised release immediately thereafter.

5. According to defense counsel, Mr. Nhan is currently working full-time at Edge Sales and Marketing, which is located in Pleasanton, California. He is employed as a territory manager, and he travels around to different retail stores to ensure that the products his company represents are displayed properly and that their products are being marketed properly.

6. Defense counsel has spoken with Barry Fisher, who is Mr. Nhan's probation officer. Mr. Fisher informed counsel that the probation office does not take an official position on requests for early termination, however he did inform counsel that Mr. Nhan is in compliance with the terms of his supervised release.

7. Counsel has also been in communication with Assistant United States Attorney Wade Rhyne and Mr. Rhyne has informed counsel that the government does not object to Mr. Nhan's request for early termination of his supervised release.

8. This Court has authority to terminate the conditions of Mr. Nhan's supervised release pursuant to 18 U.S.C. § 3583(e)(1), which provides that:

> (e) Modification of conditions or revocation. The court may, after considering the
> factors set forth in section 3553 …
> (1) terminate a term of supervised release and discharge the defendant released at
> any time after the expiration of year of supervised release, pursuant to the provisions
> of the Federal Rules of Criminal Procedure relating to the modification of probation,
> if it is satisfied that such action is warranted by the conduct of the defendant released
> and the interest of justice.

The parties stipulate that Mr. Nhan's supervised release may be terminated early. Mr. Nhan now asks this Court to discharge him from the remaining year of supervised release. He has served his prison sentence; paid his special assessment; and complied with the terms of his supervised

release to date. According to defense counsel, he is gainfully employed and hopes to secure better employment opportunities upon his termination from supervised release.

Thus, Mr. Nhan through his counsel, requests that the Court issue an order terminating the remaining portion of his three year supervised release term.

DATED: July 26, 2012        /s/DUSTIN GORDON
                            Attorney for Defendant LESTER NHAN

DATED: July 26, 2012        /s/WADE RHYNE
                            Assistant United States Attorney

FOR GOOD CAUSE SHOWN, pursuant to 18 U.S.C. § 3583(e)(1), IT IS HEREBY ORDERED that the remaining portion of LESTER NHAN's five year period of supervised release is hereby terminated, in light of the good conduct of the defendant and in the interest of justice.

IT IS SO ORDERED.

DATED:_____        _____
                                     Honorable Lowell D. Jensen
                                     United States District Judge

-3-